## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LT. COL. JONATHAN DUNN,** an individual.<br><br>         Plaintiff,<br>      v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as United States Secretary of Defense; **FRANK KENDALL**, in his official capacity as United States Secretary of the Air Force; **COL. GREGORY HAYNES**, in his official capacity; **MAJ. GEN. JEFFREY PENNINGTON**, in his official capacity; **UNITED STATES DEPARTMENT OF DEFENSE,**<br><br>         Defendants. | Case No. 2:22-cv-00288<br><br>**SEALING ORDER**<br><br>Judge: Hon. John Mendez |

On February 16, 2022, Plaintiff file a request to seal ECF No. 4-2 on the ground that it contains personal identifying information. The Court hereby GRANTS Plaintiff's request and ECF No. 4-2 is SEALED. Plaintiff is ORDERED to refile a redacted version of the document that omits the personal identifying information described in Plaintiff's request to seal.

DATED:  February 17, 2022           /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE