CAED 435
(Rev. 04/18)

**INSTRUCTIONS**

**Use.** Use this form to order the transcription of proceedings. Complete a separate order form for each case number for which transcripts are ordered.

**Completion**. Complete Items 1-20. **DO NOT** complete shaded areas, which are reserved for the court reporter's use.

**Order Copy.** Keep a copy for your records.

**Submitting to the Court.** Parties to the case must file the completed form(s) into the case docket. The court reporter(s) will automatically be noticed once the form is filed in the case. Non-parties to the case must submit the completed form(s) to the court reporter(s) by mail or email.

**Deposit Fee.** The court reporter(s) will notify you of the amount of the required deposit fee which may be mailed or delivered to the court reporter(s). Upon receipt of the deposit, the court reporter(s) will process the transcript order(s). Transcript order is considered received upon receipt of the deposit.

**Delivery Time.** Delivery time is computed from the date of receipt of the deposit fee, or for transcripts ordered by the federal government from the date of receipt of the payment authorization form(s).

**Completion of Order.** The court reporter(s) will notify you when the transcript is completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court reporter will notify you of the balance due which must be paid prior to receiving the completed transcript order.

**SPECIFIC**

**Items 1-8.** Contact information for individual ordering the transcript(s).
**Items 9-19. Case and proceeding information should always be completed.**
**Item 9.** Only one case number may be listed per transcript order.
**Item 10.** Indicate name of judge who held the proceeding.
**Items 11-12.** Indicate date(s) of the proceeding(s).
**Item 13.** Indicate case name.
**Item 14-15.** Indicate where the proceeding took place.
**Item 16-18**. Place an "X" in each box that applies.
**Item 17.** Place an "X" in the box for each portion requested. List specific date(s) of the proceedings for which transcript is requested. Be sure that the description is clearly written to facilitate processing. Check the case docket for hearing minutes for name of court reporter. Proceedings recorded using electronic recording will have an indication of "ECRO" or "CD" in the hearing minutes. Indicate "ECRO" in the reporter column.

**Item 18.** *Ordering*. Place an "X" in each box that applies. Indicate the number of additional copies ordered.
*Original*. Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the copy for the records of the court.
*First Copy*. First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered.
*Additional Copies*. All other copies of the transcript ordered by the same party.

**Categories. Transcript order is considered received upon receipt of the deposit. There are six (6) categories of transcripts which may be ordered. All categories need to be pre-approved by the court reporter(s), except "Ordinary." Transcript rates vary by category. Please refer to the court's website www.caed.uscourts.gov for transcript rates. The categories are:**
- *Ordinary*. A transcript to be delivered within thirty (30) calendar days after receipt of an order.
- *14-Day*. A transcript to be delivered within fourteen (14) calendar days after receipt of an order. Check with reporter before selection.
- *Expedited*. A transcript to be delivered within seven (7) calendar days after receipt of an order. Check with reporter before selection.
- *3-Day*. A transcript to be delivered within three (3) calendar days after receipt of an order. Check with reporter before selection.
- *Daily*. A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar is a weekend or holiday), prior to the normal opening hour of the clerk's office. Check with reporter before selection.
- *Hourly*. A transcript of proceedings to be delivered within two (2) hours from receipt of the order. Check with reporter before selection.
- *Realtime*. A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. Check with reporter before selection.

**NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

**Item 19.** Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)
**Item 20.** Enter the date of signing.

# TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Courtney Enlow | courtney.d.enlow@usdoj.gov | 202-616-8467 | 2/23/2022 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 1100 L Street, NW, Room 12102 | Washington | DC | 20005 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 22-cv-00288 | Judge Mendez | 11. FROM 2/22/2022 | 12. TO 2/22/2022 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Dunn v. Austin | 14. CITY Sacremento | 15. STATE CA |

**16. ORDER FOR**
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Hearing on Motion for Preliminary Inj. | 2/22/2022 | Jennifer Coulthard |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| /s/Courtney Enlow | |

| 20. DATE | PHONE NUMBER |
|---|---|
| 2/23/2022 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |