BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
PHILLIP A. TALBERT
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW
Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN DUNN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-288-JAM-KJN |
| LLOYD AUSTIN, in his official capacity as Secretary of Defense, et al. | ) **STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT FROM APRIL 18, 2021 UNTIL MAY 2, 2022** |
| Defendants. | ) |

    Defendants and Plaintiff, through counsel, hereby stipulate and agree to extend the deadline for Defendants to respond to Plaintiff's Complaint from April 18, 2022 until May 2, 2022. This is the parties' first extension request related to the Complaint.

    Good cause exists to extend Defendants' deadline to respond to the Complaint. Prior to Plaintiff's filing regarding service, ECF No. 27, the office of undersigned counsel was not aware

of service of the Complaint on the U.S. Attorney's Office.  Further, undersigned counsel was out of the office on leave last week.  Defendants anticipate filing a dispositive motion in response to the Complaint, and respectfully submit that a two-week extension is necessary to adequately prepare the filing.

Based on the foregoing, the parties hereby stipulate, and request the Court approve, Defendants filing their response to Plaintiff's Complaint on May 2, 2022.

IT IS SO STIPULATED.

Dated:  April 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PHILLIP A. TALBERT
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

   */s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW
Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

/s/ *Thomas Molloy*
Thomas Molloy, SBN 325068
1125 Wedgewood Drive,
Woodway, TX 76712
(760) 799-7742

STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT
*DUNN V. AUSTIN*, CASE NO. 2:22-CV-00288-JAM-KJN

2

*Counsel for Plaintiff*

### ORDER

The stipulation is approved. The deadline for Defendants to respond to Plaintiff's Complaint is extended until and including May 2, 2022.

DATED: April 13, 2022                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE