BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
PHILLIP A. TALBERT
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW
Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN DUNN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-288-JAM-KJN |
| LLOYD AUSTIN, in his official capacity as Secretary of Defense, et al. | ) **STIPULATED EXTENSION OF TIME CONCERNING DEFENDANTS' FORTHCOMING MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |
| Defendants. | ) |

Defendants and Plaintiff, through counsel, hereby stipulate and agree to extend the deadlines for Plaintiff to respond to Defendants' forthcoming dispositive motion, and for Defendants to file a reply in support of their motion.

Good cause exists to extend these deadlines. Defendants' response to Plaintiff's complaint is due on Monday, May 2, 2022. Defendants intend to respond to the complaint by filing a motion to dismiss or, in the alternative, for summary judgment with respect to both of Plaintiff's claims. Defendants' motion for summary judgment will be supported in part by the administrative record compiled and certified by the Department of the Air Force. So as to give Plaintiff adequate time to respond to Defendants' forthcoming motion, Plaintiff requests that Plaintiff's deadline be extended until and including June 1, 2022. Likewise, so that Defendants may have adequate time to prepare a reply in support of their forthcoming motion, Defendants request that their deadline be extended until and including June 22, 2022. The parties respectfully submit that no party will be prejudiced by these proposed extensions.

Based on the foregoing, the parties hereby stipulate to, and request the Court approve, extensions of deadlines concerning Defendants' forthcoming motion to dismiss or, in the alternative, for summary judgment, such that Plaintiff may file his response to Defendants' forthcoming motion on or before June 1, 2022, and Defendants may file a reply in support of their motion on or before June 22, 2022.

IT IS SO STIPULATED.

Dated:  April 28, 2022                              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PHILLIP A. TALBERT
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

  */s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW

Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

/s/ *Thomas Molloy*
Thomas Molloy, SBN 325068
1125 Wedgewood Drive,
Woodway, TX 76712
(760) 799-7742
*Counsel for Plaintiff*

## ORDER

The stipulation is approved. The deadline for Plaintiff to respond to Defendants' forthcoming motion to dismiss or, in the alternative, for summary judgment is extended until and including June 1, 2022, and the deadline for Defendants to file a reply in support of their motion is extended until and including June 22, 2022.

Dated: May 3, 2022            /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE