BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
PHILLIP A. TALBERT
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW
Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN DUNN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-288-JAM-KJN |
| LLOYD AUSTIN, in his official capacity as Secretary of Defense, et al. | ) **STIPULATION CONCERNING STAY OF PROCEEDINGS PENDING APPEAL** |
| Defendants. | ) |

On February 22, 2022, the Court denied Plaintiff's motion for a preliminary injunction. *See* ECF No. 16. On February 24, 2022, Plaintiff appealed from the Court's order denying his motion to the U.S. Court of Appeals for the Ninth Circuit. ECF No. 19. On May 6, 2022, the Court's chambers inquired whether the parties would oppose a stay of district court proceedings pending appeal of the Court's order denying Plaintiff's motion. Defendants and Plaintiff,

through counsel, hereby stipulate that they do not oppose a stay of district court proceedings pending appeal.

IT IS SO STIPULATED.

Dated: May 9, 2022                          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PHILLIP A. TALBERT
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

   /s/ Stuart J. Robinson
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW
Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

/s/ Thomas Molloy
Thomas Molloy, SBN 325068
1125 Wedgewood Drive,
Woodway, TX 76712
(760) 799-7742
*Counsel for Plaintiff*

## ORDER

The stipulation is approved. Proceedings in this Court are stayed pending Plaintiff's appeal from the order denying Plaintiff's motion for a preliminary injunction. Within seven days of the issuance of the mandate, the parties shall confer and propose a briefing schedule related to Defendants' motion to dismiss or, in the alternative, for summary judgment, ECF No. 31.

Dated: May 9, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE