BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
PHILLIP A. TALBERT
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW
Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN DUNN, | ) |
| | ) Case No. 2:22-cv-288-JAM-KJN |
| Plaintiff, | ) |
| | ) **DEFENDANTS' NOTICE OF** |
| v. | ) **RESCISSION OF THE COVID-19** |
| | ) **VACCINATION REQUIREMENT** |
| LLOYD AUSTIN, in his official capacity as | ) |
| Secretary of Defense, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Defendants hereby notify the Court that on January 10, 2023, in accordance with the National Defense Authorization Act for Fiscal Year 2023, the Secretary of Defense rescinded the COVID-19 vaccination requirement for military service members.  *See* Ex. A ("Rescission Memorandum") (rescinding the August 24, 2021 and November 30, 2021 memoranda requiring COVID-19 vaccination).  The Rescission Memorandum provides that "[n]o individuals currently

serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds." *Id*. at 1.  It further provides that the "Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests." *Id.*

Dated:  January 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PHILLIP A. TALBERT
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

   */s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW
Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January 2023, I electronically transmitted the foregoing notice to the Clerk of Court using the ECF System for filing.

>  */s/ Stuart J. Robinson*
>  STUART J. ROBINSON