**FILED**

FEB 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN DUNN, Lieutenant Colonel,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>LLOYD J. AUSTIN III, US Secretary of Defense; FRANK KENDALL, US Secretary of the Air Force; GREGORY M. HAYNES, Colonel; JEFFREY PENNINGTON, Major General; UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendants-Appellees. | No.   22-15286<br><br>D.C. No. 2:22-cv-00288-JAM-KJN<br>Eastern District of California, Sacramento<br><br>ORDER |

Before:  W. FLETCHER, BYBEE, and VANDYKE, Circuit Judges.

On January 11, 2023, the government's filing informed the court that the Secretary of Defense had rescinded the COVID-19 vaccination requirement for all military service members. As directed by the court's January 19 order, the parties filed supplemental briefing addressing whether this case is moot in light of the government's change in policy.

We dismiss the appeal as moot and vacate the district court's order denying the preliminary injunction. The case is remanded to the district court for such further proceedings as may be appropriate.

**VACATED AND REMANDED.**