Thomas Molloy, SBN 325068
1125 Wedgewood Drive,
Woodway, TX 76712
(760) 799-7742

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-00288-JAM-KJN |
| ) | |
| LLOYD AUSTIN, in his official capacity as ) | **STIPULATION OF DISMISSAL** |
| Secretary of Defense, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action as moot. Each party will bear its own fees and costs.

Dated: June 20, 2023                             Respectfully submitted,

/s/ *Thomas Molloy*
Thomas Molloy, SBN 325068
1125 Wedgewood Drive,
Woodway, TX 76712
(760) 799-7742

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PHILLIP A. TALBERT
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

   */s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
COURTNEY D. ENLOW
Trial Attorney (NC Bar No. 46578)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants in their Official Capacity*

## ORDER

The stipulation is **APPROVED**.  This case is **DISMISSED** in its entirety.

Dated: June 20, 2023        /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE